THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HELEN CATTANEO, | CASE NO. C21-0071-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TURO INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion (Dkt. No. 8). Having thoroughly reviewed the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion and ORDERS that:

1. Defendant's deadline to respond to Plaintiff's Amended Complaint is February 10, 2021;
2. Plaintiff's deadline to file a response to any motion to dismiss is March 10, 2021; and
3. Defendant's deadline to file a reply in support of any motion to dismiss is March 24, 2021.

//

//

//

MINUTE ORDER
C21-0071-JCC
PAGE - 1

DATED this 25th day of December 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk