CTHE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HELEN CATTANEO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TURO, INC.,<br><br>　　　　　Defendant. | CASE NO. C21-0071-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadlines for the Rule 26(f) conference, the parties' initial disclosures, and the parties' filing of a joint status report (Dkt. No. 18). Having considered the parties' stipulation and the relevant record and finding good cause, the Court hereby GRANTS the motion and MODIFIES the deadlines as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Rule26(f) conference | April 19, 2021 | 14 days after Turo files an Answer to the Complaint in the event the Court denies Turo's motion to compel or dismiss |
| Initial disclosures | April 26, 2021 | 7 days after the parties' Rule 26(f) conference in the event the Court denies Turo's motion to compel or dismiss |
| Joint Status Report | May 3, 2021 | 7 days after the parties' initial disclosures are due in the event the Court denies Turo's motion to compel or dismiss |

MINUTE ORDER
C21-0071-JCC
PAGE - 1

1     DATED this 19th day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
